UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO.    2:19-cr-00702-RMG-1

Jasmine Gardner

## PLEA

The Defendant, __Jasmine Gardner__, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)    Defendant

August 29, 2019
Charleston, South Carolina