AO 83 (Rev. 08/11) Summons in a Criminal Case (USDC Version)

RECEIVED
2019 AUG 15 AM 6:24
UNITED STATES MARSHALS
COLUMBIA, SC

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
| v. | ) |
| | ) |
| | ) Case No. 2:19-cr-702 |
| JASMINE GARDNER | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of Court

| Place: Hollings Judicial Center<br>85 Broad Street<br>Charleston, SC 29401 | Courtroom No.: 6 |
| | Date and Time: 08/29/19, 10:15 a.m. |

This offense is briefly described as follows:
Title 18, United States Code, Section 656

Embezzlement by a Bank Employee

Date: 8/14/2019

s/C. Murray, Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

## RETURN OF SERVICE

I declare under penalty of perjury that I have:

[X] Executed and returned this summons            [ ] Returned this summons unexecuted
[X] Certified Mailed  08-16-2019                  [ ] Certified Mailed _____
[X] Signed Receipt Date  08-19-2019               [ ] No Response _____
[X] Signed by Shirley Gardner                     [ ] Defendant Appeared   [ ] Defendant Failed to Appear

Date: 08-28-2019

Bonnie Walters
*Server's signature*

Bonnie Walters, Data Analyst
*Printed name and title*