IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.:  2:19-CR-702 |
| | ) | |
| -vs- | ) | <u>EDWARDS</u> NOTICE |
| | ) | |
| JASMINE GARDNER | ) | |

The defendant, JASMINE GARDNER, hereby asserts his Fifth Amendment Right to remain silent and asserts his Sixth Amendment Right to counsel.   The Defendant does not wish to be questioned in the absence of counsel pursuant to <u>McNeil v. Wisconsin</u>, 111 S.Ct. 220 (1991) and <u>Edwards v. Arizona</u>, 451 U.S. 477 (1981).

Respectfully submitted,

*/s/ Cody J. Groeber*
Cody J. Groeber, Esquire
Assistant Federal Public Defender
145 King Street, Suite 325
Post Office Box 876
Charleston, SC 29402
Attorney ID #12186

September 11, 2019